853 A.2d 1013

**Michael SAUNDERS, Appellant,**

**v.**

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE et al., Appellee.**

Supreme Court of Pennsylvania.

July 1, 2004.

## *ORDER*

PER CURIAM.

**AND NOW,** this 1st day of July, 2004, the order appealed is affirmed. *See Finnegan v. PBPP,* 576 Pa. 59, 838 A.2d 684 (2003).